# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

**JEFFREY A. CARTER,**

    Plaintiff,

v.                                          CASE NO.   2:16-CV-2

**E.L. PEARSON, et al**

    Defendants

## JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.**  This action came for decision by the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Court **GRANTS** Defendants Anderson, Brickell, Coleman, Hill, Robbins, and Squire's renewed Motion for Summary Judgment and Defendants Shaw and Spencer's Motion for Summary Judgment. The Clerk is **DIRECTED** to enter Judgment in favor of all Defendants on all claims.

DATED:  April 2, 2018                              FERNANDO GALINDO
                                                         **Clerk of Court**

                                                         /s/
                                        **By**_____
                                                     **Jaime Meyers**
                                                    **Deputy Clerk**